**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ROBERT W. JOHNSON,

                       Plaintiff,

  -against-                                         19 **CIVIL** 7337 (GHW)

                                                           **JUDGMENT**

CATHERINE O'HAGAN WOLFE; JANE DOE
(CASE MANAGER FOR 2ND CIRCUIT APPEALS
DOCKET "19-2174"); SECOND CIRCUIT
COURT OF APPEALS; SECOND CIRCUIT
COURT OF APPEALS MAIL DEPARMENT;
JUDGE COLLEEN McMAHON; JUDGE
LOUIS L. STANTON; BENJAMIN H.
TORRANCE, ESQ.; BARBARA D. UNDERWOOD,
ESQ.; U.S. ATTORNEYS OFFICE FOR THE
SOUTHERN DISTRICT OF NEW YORK;
NEW YORK STATE OFFICE OF THE ATTORNEY
GENERAL; U.S. POSTAL (OFFICE) SERVICE;
PROGRESSIVE INSURANCE COMPANY,

                       Defendants.
------------------------------------------------------------X



It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 12, 2020, the Court bars Plaintiff from filing future civil actions IFP in this Court without first obtaining from the Court leave to file. See 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of the order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this Court. If Plaintiff violates the order and files an action without filing a motion for leave to file, the Court will dismiss the action for failure to comply with the order. Plaintiff is further warned that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. See id. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an

appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, this case is closed.

**Dated:** New York, New York

July 13, 2020

RUBY J. KRAJICK

Clerk of Court

BY: */mango*

Deputy Clerk